Todd J. Tiberi (State Bar No. 243,967)
DISCUS DENTAL, LLC
8550 Higuera Street
Culver City, CA 90232
Telephone:  (310) 845-8346
Facsimile:  (310) 845-1513
ToddT@discusdental.com

Timothy J. Haller
Frederick C. Laney
Joseph A. Culig
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, IL 60602
Telephone:  (312) 236-0733
Facsimile:  (312) 236-3137
haller@nshn.com
laney@nshn.com
culig@nshn.com

Attorneys for Plaintiff/Counter-Defendant DISCUS DENTAL, LLC

Aaron Craig
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(312) 443-3000
(312) 443-3100 – Fax
aaroncraig@quinnemanuel.com

Raymond N. Nimrod
Gregory D. Bonifield
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile: (212) 849-7100
raynimrod@quinnemanuel.com
gregbonifield@quinnemanuel.com

Attorneys for Defendant/Counterclaimant MCNEIL-PPC, INC.

**JS-6**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISCUS DENTAL, LLC,<br><br>     Plaintiff/Counter-Defendant,<br><br>v.<br><br>MCNEIL-PPC, INC.<br><br>     Defendant/Counterclaimant. | Case No. 09-cv-6989 PA (PLAx)<br><br>**ORDER OF DISMISSAL**<br><br>Judge Percy Anderson<br>Magistrate Paul L. Abrams |

Pursuant to the Stipulation of Dismissal with Prejudice Pursuant to Federal

Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), filed by Plaintiff/Counter-

1

Defendant Discus Dental, LLC and Defendant/Counterclaimant, McNeil-PPC, Inc., IT IS HEREBY ORDERED:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), all claims and counterclaims in this matter are dismissed with prejudice; provided, however, that McNeil-PPC, Inc., reserves the right to assert any defenses and counterclaims of invalidity, unenforceability, and non-infringement in any future proceedings relating to U.S. Patent No. 6,221,341. The parties will bear their own respective costs and fees.

DATED: April 7, 2010        _____

The Honorable Percy Anderson

2